

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MARK BRYAN JENSEN, | | No. 08-25-00161-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | Probate Court No. 1 |
| | § | |
| FORREST EDMUND ELY, II, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2024-CPR00144) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED this 21st day of August 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.